

Vexatious Litigant w/ Prefiling Order

PRIORITY MAIL FLAT RATE ENVELOPE POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE

- Expected delivery date specified for domestic.
- Domestic shipments include $100 of insurance.
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

RECEIVED JAN 10 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

TRACKED ■ INSURED

To schedule free Package Pickup, scan the QR code.

PS00001000014
EP14F July 2022
OD: 12 1/2 x 9 1/2
USPS.COM/PICKUP

UNITED STATES POSTAL SERVICE  Click-N-Ship®

usps.com   9405 5036 9930 0648 7497 66 0096 5000 0079 4102
$9.65
US POSTAGE
Flat Rate Env
U.S. POSTAGE PAID
Click-N-Ship

01/08/2024   Mailed from 72601   986741535749985

PRIORITY MAIL®

DAVID A STEBBINS
APT D
123 W RIDGE AVE
HARRISON AR 72601-4236

Expected Delivery Date: 01/10/24

0003

RECEIVED JAN 10 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C004

U.S. DISTRICT COURT
NORTHERN DISTRICT
450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102-3661

USPS TRACKING #

9405 5036 9930 0648 7497 66

Electronic Rate Approved #038555749



**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**


PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.