






Vexatious Litigant w/ Prefiling Order

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE

Click-N-Ship®

usps.com
$9.65
US POSTAGE
Flat Rate Env

U.S. POSTAGE PAID
Click-N-Ship®

9405 5036 9930 0648 7497 66 0096 5000 0079 4102

01/08/2024    Mailed from 72601    986741535749985

PRIORITY MAIL®

DAVID A STEBBINS
APT D
123 W RIDGE AVE
HARRISON AR 72601-4236

Expected Delivery Date: 01/10/24
0003

RECEIVED
JAN 10 2024
CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT
U.S. DISTRICT COURT
450 GOLDEN GATE AVE
NORTH DISTRICT OF CALIFORNIA
SAN FRANCISCO CALIFORNIA 94102-3661

C004

- Expected delivery date specified for domestic...
- Domestic shipments include $100 of insurance...
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

RECEIVED
JAN 10 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

TRACKED ■ INSURED

To schedule free Package Pickup, scan the QR code.

PS00001000014
EP14F July 2022
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

USPS TRACKING #
9405 5036 9930 0648 7497 66

Electronic Rate Approved #038555749



