UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>    Plaintiff,<br><br>v.<br><br>THIAGO CHAGAS GARCIA BAZ,<br><br>    Defendant. | Case No. 24-mc-80006-PCP<br><br>**ORDER OF DUTY JUDGE ACCEPTING COMPLAINT FOR FILING IN PART** |

On January 10, 2024, David A. Stebbins filed a complaint against defendant Thiago Chagas Garcia Baz alleging copyright infringement, libel, and misrepresentation under the Digital Millennium Copyright Act (DMCA), 17 U.S.C. § 512(f)(2). Mr. Stebbins has been declared a vexatious litigant in this district. *See Stebbins v. Google LLC*, No. 23-CV-00322-TLT, 2023 WL 6139454, at *11 (N.D. Cal. Aug. 31, 2023). "As such, [before the Court will accept for filing] (1) any future actions against Google LLC, YouTube LLC, Alphabet Inc., or any of their affiliates, or (2) any claim of copyright infringement or copyright-related claims against any defendant, Mr. Stebbins must first provide a copy of his complaint and this Order to the Clerk of this Court, along with a letter requesting the complaint be filed. The Clerk shall then forward the complaint, letter, and copy of this Order to the Duty Judge for a determination whether the complaint should be accepted for filing." *Id.*

The Duty Judge, having reviewed the complaint, will permit the proposed complaint to proceed only as to the claims for copyright infringement. The claims for libel and DMCA misrepresentation may not proceed and will be struck from the complaint.

1 **IT IS SO ORDERED.**

2 Dated: January 19, 2024

_____
P. Casey Pitts
United States District Judge